UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| KELLY MCCOLLAM, As Special Administrators of the Estate of Danielle McCollam; and<br>MICHELLE MCCOLLAM, As Special Administrators of the Estate of Danielle McCollam;<br><br>     Plaintiffs,<br><br>  vs.<br><br>MICHELS CORPORATION, a Wisconsin Corporation; and<br>JAMES WEATHERMAN, A Missouri resident;<br><br>     Defendants. | 4:16-CV-04170-KES<br><br><br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint stipulation for dismissal (Docket 23), it is

ORDERED, ADJUDGED, and DECREED that the above-entitled action is dismissed with prejudice and without costs, expenses, or attorneys' fees awarded to any of the parties.

DATED this 7th day of July, 2017.

          BY THE COURT:

          /s/ *Karen E. Schreier*
          KAREN E. SCHREIER
          UNITED STATES DISTRICT JUDGE